IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05–53–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| NIGEL GRAHAM ERNST, | |
| Defendant. | |

The United States having moved unopposed to vacate the December 15, 2017 final revocation hearing on the grounds that the defendant is in State custody,

IT IS ORDERED that the United States' motion (Doc. 89) is GRANTED. The final revocation hearing scheduled for December 15, 2017, is VACATED and RESET for February 14, 2018, at 9:00 a.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

DATED this 14th day of December, 2017.

Donald W. Molloy, District Judge
United States District Court